

FILED
IN OPEN COURT

NOV - 8 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:22-cr-194 |
| v. | Count 1: 18 U.S.C. § 1343 (Wire Fraud) |
| PEDRO FELIPE VALDES, | |
| *Defendant.* | Forfeiture Notice |

## CRIMINAL INFORMATION

### COUNT 1

Wire Fraud
(18 U.S.C. § 1343)

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this Criminal Information, unless stated otherwise:

1.      Defendant PEDRO FELIPE VALDES operated Artifact, LLC as a home construction and remodeling company in the Eastern District of Virginia.

2.      From at least in or around May 2017 through at least in or around April 2018, the defendant did knowingly devise and execute a scheme and artifice to defraud, and to obtain money, by materially false pretenses, representations, and promises in connection with the construction of custom homes in and around McLean, Virginia.  Among other things, the defendant misrepresented that client funds would be used in accord with a signed contract and draw schedule for specific work to be performed in the tearing down of an existing residence and construction of a custom home.  Rather than using the funds as promised, the defendant knowingly misused the funds for unrelated expenses, including projects for other clients.

3.      On or about October 3, 2017, in the Eastern District of Virginia and elsewhere, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, the defendant,

PEDRO FELIPE VALDES,

did knowingly transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, any writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit: electronic communications between a computer located in the Eastern District of Virginia and a computer located outside the Commonwealth of Virginia, being a bank wire transfer of approximately $113,858.

(In violation of Title 18, United States Code, Section 1343.)

**Forfeiture Notice**

## THE UNITED STATES ATTORNEY FURTHER ALLEGES FORFEITURE OF PROPERTY AS DESCRIBED HEREIN

1.      Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Sections 982(a) in the event of the defendant's conviction on the wire fraud count contained in Count 1 of this Information.

2.      Upon conviction of Count 1, Wire Fraud, the convicted defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting or derived from proceeds obtained directly or indirectly, as the result of such violation.

3.      Substitute Assets:  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit to the United States any other property, real or personal, up to the value of the property described above, if by any act or omission of the defendant(s), the property subject to forfeiture:

　　　　a.      cannot be located upon the exercise of due diligence;

　　　　b.      has been transferred, sold to, or deposited with a third party;

　　　　c.      has been placed beyond the jurisdiction of the Court;

　　　　d.      has been substantially diminished in value; or

　　　　e.      has been commingled with other property which cannot be divided without difficulty.

4.      Money Judgment: the United States will seek a forfeiture money judgment against the convicted defendant in an amount as is proved at trial or sentencing in this matter representing

the total amount of proceeds obtained as a result of the defendant's offense(s) or involved in such offenses, which will be at least more than $250,000 in United States currency.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C), 28 U.S.C. 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: 11/8/22                    By: _Heidi B.G_____

Heidi B. Gesch
Russell L. Carlberg
Assistant United States Attorneys